FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN - 4 2010
DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHELE KNOBLOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| and | § | CASE NO. 4:09CV228 |
| | § | |
| COMMONWEALTH FINANCIAL, | § | |
| SYSTEMS, INC., TRANS UNION, LLC, | § | |
| AND EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 7, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment (Dkt. 26) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion for Default Judgment (Dkt. 26) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 4th day of January, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE